IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHN M. MILLER     PLAINTIFF

v.     No. 1:11-cv-76-DPM

MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration     DEFENDANT

## JUDGMENT

The Court affirms the Commissioner's decision and dismisses Miller's complaint, *Document No. 2*, with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

4 December 2012