IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHN M. MILLER                                                         PLAINTIFF

v.                            No. 1:11-cv-76-DPM

MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration            DEFENDANT

JUDGMENT

The Court affirms the Commissioner's decision and dismisses Miller's complaint, *Document No. 2*, with prejudice.

                                            _____
                                            D.P. Marshall Jr.
                                            United States District Judge

                                            4 December 2012